BATH SAVINGS INSTITUTION *vs.* JOHN L. CLIFFORD.

Lincoln County. Decided June 13, 1910. Real action reported to the Law Court. The plaintiff claimed title to the property under a mortgage and the foreclosure thereof from Bessie B. Gamage, dated Dec. 14, 1905 and recorded Dec. 19, 1905. The defendant claimed title under a sale on execution issued on a judgment rendered in proceedings to enforce a mechanic's lien against the same property for materials furnished "from Nov. 24, 1905 to and including May 8, 1906." The mortgagee, the plaintiff in the action, was not a party to the suit to enforce the lien claim, and had no notice of it. Judgment for plaintiff. *Foster & Foster, and George E. Hughes*, for plaintiff. *Arthur S. Littlefield, H. E. Hall, and Rodney I. Thompson*, for defendant.

---

HIRAM S. HIGGINS *vs.* CHANDLER S. MERRILL.

Penobscot County. Decided June 29, 1910. Action of trespass quare clausum fregit. Practically the only question at issue was the location of the boundary line between the parties. Verdict for plaintiff for $46. Defendant moved for a new trial. Overruled. *Mayo & Snare*, for plaintiff. *Martin & Cook, J. B. Merrill, and A. J. Merrill*, for defendant.